# Exhibit A

On Wed, Jun 7, 2017 at 4:46 PM Diane Doty <mrosec@floridalegal.com> wrote:

> Ashley and I wanted you to know that we will be thinking and praying for you tomorrow with the most difficult time you and your family are experiencing.
>
> Diane Doty,
>
> Paralegal to Michael R. Ohle, Esquire
>
> **OHLE & OHLE**
>
> 423 Delaware Avenue
>
> Fort Pierce, Florida 34950
>
> 772-460-9801
>
> 772-464-8233- Fax

---

**Lynnmarie Fye** <lynnmarie.artist@gmail.com>  Mon, Jun 12, 2017 at 9:16 PM
To: Diane Doty <mrosec@floridalegal.com>

Hi Diane,

Richard talked to Michael today and I have to work until 330. Mike is supposed to call him and give him names of lawyers for an appeal.

On Mon, Jun 12, 2017 at 9:28 AM Diane Doty <mrosec@floridalegal.com> wrote:

> Good Morning,
>
> Does tomorrow at 1:30 work?
>
> Diane
>
> **From:** Lynnmarie Fye [mailto:lynnmarie.artist@gmail.com]
> **Sent:** Friday, June 09, 2017 9:05 AM
> **To:** Diane Doty <mrosec@floridalegal.com>
> **Subject:** Re: USA v. Fye
>
> Hi Diane,
>
> Richard, Janelle and I would like a conference call with Michael if possible. What does his schedule look like next week?

 **Gmail**                                                              Lynnmarie Fye <lynnmarie.artist@gmail.com>

## Can you send this stuff ASAP?
5 messages

**Lynnmarie Fye** <lynnmarie.artist@gmail.com>                                    Thu, Jun 15, 2017 at 6:44 AM
To: Diane Doty <mrosec@floridalegal.com>

Diane,

Below is a copy and pasted email from my son. I don't really know what he s asking for but he asked me to send this email to you. He also will be emailing you but I guess you have to accept or confirm it? Not sure how that works because my daughter set it up for me?

Also, we did not get any names for appeal attornies. Can you check with Michael again? I have checked into a few places and I am hoping the names I have are the ones he recommends.

Thank you again for all your help. You have been so kind.

Lynnmarie

From my son

I need someone to please call Michael ohle and have this information forwarded to me asap as well as his email so he can email me. you dont need to be directly in contact with him maybe speak to his secretary but i need the following information to file an appeal.

A. Final conviction order
B. Final sentencing order
C. Copy of case docket

Please I need this information asap so if anyone could contact them tomorrow and let them know where I am and the address (janelle has it) and that I need this information immediately. I have until the 22nd to file the appeal.

Morning,

Let me know if you don't get the names and I will remind Mike.

Diane

# OHLE & OHLE
Attorneys and Counselors at Law
Established 1972

B. Robert Ohle (1945-2013)

Michael R. Ohle

Leanne Lynn Ohle

June 21, 2017 *(Day Before the time expires for a Notice of Appeal)*

Federal Detention Center, Miami
INMATE Richard Eugene Fye, #15645-104
33 NE 4th Street
Miami, Florida 33132

c/o: Lynn Marie Fye. Lynnmarie.artist@gmail.com

**Re:** **United States of America v. Richard Eugene Fye, III**
**Case No. 17-14014-CR**

Dear Mr. Fye:

Please be advised that I have been informed that Richard Fye wishes to file an appeal in his Federal Case. Although all defendant's have the right to file an Appeal, in this matter, I expressly recommend against it. Your sentence of 25 years in Federal Prison is substantially less then what the government requested. In your particular case the government would have the ability to file a cross appeal if you appeal your sentence. If that happens you can potentially windup with much harsher sentence after the appeal.

OHLE & OHLE

*/s/ Michael R. Ohle*

Michael R. Ohle, Esquire

*[Handwritten annotation: The highlighted portion shows that Counsel was notified petitioner wanted to file an appeal and Counsel failed to do so. It does not matter what counsel felt. If he did not want to deal with the appeal he should have filed the notice then filed to be removed off of the case.]*

423 Delaware Avenue
Ft. Pierce, Florida 34950
(772) 460-9801    Fax (772) 464-8233
E-Mail: ohlelaw@aol.com

AO 243 (Rev. 01/15)

Page 13

Therefore, movant asks that the Court grant the following relief:

_____SEE MEMORANDUM OF LAW_____
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____6/21/18_____.
(month, date, year)

Executed (signed) on ___June 20, 2018___ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.